IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT L. JOHNSON, <br> AIS #123451, <br><br> Plaintiff, <br><br> v. <br><br> LT. BENNETT, et. al, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:21-CV-822-WHA <br> ) [WO] <br> ) <br> ) <br> ) <br> ) |

**ORDER AND DECREE**

On December 21, 2021, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. Doc. 3. There being no objection filed to the Recommendation, and after an independent review of the file, the court concludes the Magistrate Judge's Recommendation should be adopted. Accordingly, it is ORDERED that:

1. The Recommendation of the Magistrate Judge Doc. 3 is ADOPTED.

2. This case be TRANSFERRED to the United States District Court for the Northern District of Alabama in accordance with the directives of 28 U.S.C. § 1404(a).

3. The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

This case is closed in this Court.

Done, this 19th day of January 2022.

                                       /s/   W. Harold Albritton
                                       W. HAROLD ALBRITTON
                                       SENIOR UNITED STATES DISTRICT JUDGE